FILED COPY

Ethan D. Kirschner (SBN 235556)
KIRSCHNER & ASSOCIATES
1100 Echo Park Avenue
Los Angeles, California 90026
Telephone: (213) 935-0250
Facsimile: (213) 986-3106

2013 FEB 12 PM 4: 16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

Attorneys for Plaintiff
JOSE LUIS MORENO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOSE LUIS MORENO,

    Plaintiff,

vs.

NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company; BUNIM-MURRAY PRODUCTIONS, LLC, a California limited liability company; M CABLE TELEVISION, INC., a California corporation; RYAN SEACREST PRODUCTIONS, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,

    Defendants.

CASE NO. CV13-01038-PA (VBKx)

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

Comes now Plaintiff JOSE LUIS MORENO ("Moreno") brings this Complaint against Defendants NBCUniversal Media, LLC, Bunim-Murray Productions, LLC, M Cable Television, Inc., Ryan Seacrest Productions, LLC and Does 1-10 inclusive, and alleges as follows:

## THE PARTIES

1.     Plaintiff Moreno, an individual who resides in Los Angeles, California, is by profession a musical producer and songwriter and the legal owner of certain copyrights that have been unlawfully infringed by the Defendants.

3005.063/315094.4

2.      Defendant NBCUniversal Media, LLC (hereinafter "NBCUniversal"), upon information and belief, is a limited liability company organized and existing under the laws of the State of Delaware, and is actively doing business throughout the United States, including in the Central District of California.

3.      Defendant Bunim-Murray Productions, LLC (hereinafter "Bunim-Murray"), upon information and belief, is a limited liability company organized and existing under the laws of the State of California, and is actively doing business throughout the United States, including in the Central District of California.

4.      Defendant M Cable Television, Inc. (hereinafter "M Cable"), upon information and belief, is a corporation organized and existing under the laws of the State of California, and actively doing business throughout the United States, including in the Central District of California.

5.      Defendant Ryan Seacrest Productions, LLC (hereinafter "Seacrest"), upon information and belief, is a limited liability company organized and existing under the laws of the State of Delaware, and actively doing business throughout the United States, including in the Central District of California.

6.      Plaintiff is presently unaware of the true names and capacities of Defendants sued herein as Does 1 through 10, inclusive, and therefore sue said Defendants by such fictitious names. Plaintiff will amend this Complaint to allege the true names and capacities of such fictitiously named Defendants when the same have been ascertained. Plaintiff is informed and believes and based thereon alleges that each of the fictitiously named Defendants is responsible in some manner for the occurrences, acts and omissions alleged herein and that Plaintiff's damages were proximately caused by their conduct. Hereinafter, all Defendants including Doe Defendants will sometimes be referred to collectively as "Defendants." For convenience, each reference to a named Defendant herein shall also refer to the Doe Defendants, and each of them.

7.      Plaintiff is informed and believes and based thereon alleges that at all material times Defendants, and each of them, were the agents, employees, partners, joint venturers, co-conspirators, owners, principals, and employers of the remaining Defendants, and each of

KIRSCHNER &
ASSOCIATES

122574.1/3416149-1.2

2

them, are, and at all times herein mentioned were, acting within the course and scope of that agency, employment, partnership, conspiracy, ownership or joint venture. Plaintiff is further informed and believes and based thereon alleges that the acts and conduct alleged herein were known to, and authorized or ratified by, the officers, directors, and managing agents of Defendant corporations or business entities, and each of them.

## JURISDICTION AND VENUE

8. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of 1976, Title 17 United States Code §§101 et seq.

9. This Court has subject matter question jurisdiction over this copyright infringement action pursuant to 28 U.S.C. §§1331 and 1338(a), as well as 28 U.S.C. § 1332 since the parties hereto are citizens of different states and the amount in controversy exceeds $75,000.

10. This Court has personal jurisdiction over Defendants because Defendants are doing business in the State of California and in this judicial district, the acts of infringement complained of herein occurred in the State of California and in this judicial district, Defendants Bunim-Murray's and M Cable's principle places of business are located in the State of California and in this judicial district, and Defendants have caused injury to Plaintiff and his intellectual property situated within the State of California and in this judicial district.

11. Venue is proper in this district pursuant to 28 U.S.C. §§1391(b), (c) and 1400(a) because Defendants, and each of them, are subject to personal jurisdiction in this district, Defendants Bunim-Murray's and M Cable's principle places of business are located in this district, Plaintiff's copyrighted works that are the subject of this action are wholly situated in this district and a substantial part of the events, acts and/or omissions giving rise to the claims herein occurred in this district.

## GENERAL ALLEGATIONS

12. Since 2007, Plaintiff has owned and operated a music production business, doing business both under his own name and under the name "SupaSnaps."

13. For valuable consideration, Plaintiff, under his own name and doing business as "Supasnaps," has licensed the rights to reproduce, distribute copies, and publicly perform copies of

KIRSCHNER &
ASSOCIATES

122574.1/3416149-1.2

3

his copyrighted musical works, or derivative versions thereof, to films, television shows, and other prominent media outlets throughout the world, including to Disney, Nickelodeon, and in the feature films *Starship Troopers*, *Super 8* and *The One*.

14. Plaintiff is informed and believes and, upon such, alleges that Defendant NBCUniversal owns and operates multiple media properties, including the "E! Entertainment Network" cable channel (hereinafter "E Entertainment") and the "Oxygen" cable channel.

15. Plaintiff is informed and believes and, upon such, alleges that Defendant Bunim-Murray creates, produces and/or licenses television programs for distribution, including the program titled "Khloe & Lamar," shown on Defendant NBCUniversal's E Entertainment channel, and the program titled "Bad Girls Club," shown on Defendant NBCUniversal's Oxygen channel.

16. Plaintiff is informed and believes and, upon such, alleges that Defendant M Cable creates, produces and/or licenses television programs for distribution, including the programs "Khloe & Lamar" and "Bad Girls Club" as described herein.

17. Plaintiff is informed and believes and, upon such, alleges that Defendant Seacrest creates, produces and/or licenses television programs for distribution, including the program "Khloe & Lamar" as described herein.

18. In or around September, 2012, it came to Plaintiff's attention that Defendants and/or their agents reproduced, distributed, and/or publicly performed (and/or caused to be reproduced, distributed, and/or publicly performed) substantial portions of multiple copyrighted musical recordings without Plaintiff's authorization in the commercial television programs "Khloe & Lamar" and "Bad Girls Club." The copyrighted musical recordings were intentionally edited into the programs as background music.

19. Defendants do not have any license, authorization, permission or consent to use the copyrighted musical recordings.

20. In fact, on or around October 26, 2012, Plaintiff provided written notice to Defendants NBCUniversal, Bunim-Murray and M Cable that their use of Plaintiff's copyrighted musical recordings constitutes infringement of Plaintiff's rights and demanded that Defendants

1  NBCUniversal, Bunim-Murray, and M Cable cease and desist from any further use of the
2  recordings and compensate Defendant for their unauthorized use, but Defendants refused.

### FIRST CLAIM FOR RELIEF
### For Copyright Infringement [17 U.S.C. ·101 et seq.]
### (Against All Defendants)

21.  Plaintiff repeats, realleges, adopts and incorporates each and every allegation contained in Paragraphs 1 through 20, inclusive, as though fully set forth herein.

22.  Plaintiff is the sole owner of all right, title and interest in the copyrights to the following musical recordings, which have been registered with the United States Copyright Office and issued the following certificate numbers:

| Copyright Registration No. | Title of Work |
|---|---|
| SRu001091375 | RF#BNC5 |
| SRu001091375 | RF#BNC2 |
| SRu001091375 | RF#BNC4 |
| SRu001091375 | RF#BNC14 |
| SRu000982004 | RF#RB15 |

True copies of Certificates of Registration numbered SRu001091375 and SRu000982004 are attached as Exhibit A and hereby incorporated by reference.

23.  On or about February 20, 2012, Plaintiff's copyrighted musical recording titled "RF#BNC5" was reproduced, distributed, and publicly performed in Defendants NBCUniversal's, Bunim-Murray's, M Cable's and Seacrest's program "Khloe & Lamar" in the episode titled "Rock-a-Bye Lam Lam" and aired on the E Entertainment channel. Approximately 10 seconds of the copyrighted musical recording was intentionally edited into the program at or about 20:51 into the program's running time.

24.  On or about March 4, 2012, Plaintiff's copyrighted musical recording titled "RF#BNC2" was reproduced, distributed, and publicly performed in Defendants NBCUniversal's,

Bunim-Murray's, M Cable's and Seacrest's program "Khloe & Lamar" in the episode titled "Cuffed" and aired on E Entertainment. Approximately 16 seconds of the copyrighted musical recording was intentionally edited into the program at or about 4:26 into the program's running time.

25. On or about March 11, 2012, Plaintiff's copyrighted musical recording titled "RF#BNC4" was reproduced, distributed, and publicly performed in Defendants NBCUniversal's, Bunim-Murray's, M Cable's and Seacrest's program "Khloe & Lamar" in the episode titled "No Turkey for Khloe" and aired on E Entertainment. Approximately 9 seconds of the copyrighted musical recording was intentionally edited into the program at or about 14:57 into the program's running time.

26. On or about March 18, 2012, Plaintiff's copyrighted musical recording titled "RF#BNC14" was reproduced, distributed, and publicly performed in Defendants NBCUniversal's, Bunim-Murray's, M Cable's and Seacrest's program "Khloe & Lamar" in the episode titled "PTSD" and aired on E Entertainment. Approximately 12 seconds of the copyrighted musical recording was intentionally edited into the program at or about 16:03 into the program's running time.

27. On or about May 13, 2012, Plaintiff's copyrighted musical recording titled "RF#RB15" was reproduced, distributed, and publicly performed in Defendants' NBCUniversal's, Bunim-Murray's, M Cable's and Seacrest's program "Khloe & Lamar" in the episode titled "The Truth Will Set You Free" and aired on E Entertainment. Approximately 39 seconds of the copyrighted musical recording was intentionally edited into the program at or about 14:07 into the program's running time.

28. Through their conduct alleged herein, Defendants have infringed Plaintiff's copyright in the recordings in violations of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

29. Defendants' acts of infringement are willful, intentional and purposeful, in disregard of and with indifferent to Plaintiff's rights.

30. As a direct and proximate result of said infringement by Defendants, Plaintiff is entitled to its actual damages and Defendants' profits pursuant to 17 U.S.C. § 504(b).

31. Alternatively, Plaintiff is entitled to statutory damages, pursuant to 17 U.S.C. § 504(c) in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c) for each of Defendants' acts of infringement.

32. Plaintiff is further entitled to its attorney's fees and full costs pursuant to 17 U.S.C. § 505.

33. Defendants' conduct is causing and, unless enjoined and restrained by this Court, will continue to cause, Plaintiff great and irreparable injury that cannot fully by compensated by monetary damages. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to injunctive relief prohibiting further infringement of Plaintiff's copyrights.

### SECOND CLAIM FOR RELIEF
For Copyright Infringement [17 U.S.C. ·101 et seq.]
(Against Defendants NBCUniversal, Bunim-Murray, M Cable, and Does 1-10)

34. Plaintiff repeats, realleges, adopts and incorporates each and every allegation contained in Paragraphs 1 through 33, inclusive, as though fully set forth herein.

35. Plaintiff is the sole owner of all right, title and interest in the copyrights to the following musical recordings, which have been registered with the United States Copyright Office and issued the following certificate numbers:

| Copyright Registration No. | Title of Work |
|---|---|
| SRu001091375 | RF#BNC17 |
| SRu000982004 | RF#BNC11 |
| SRu000982004 | RF#BNC15 |
| PENDING | RF#BNC16 |

True copies of Certificates of Registration numbered SRu001091375 and SRu000982004 are attached as Exhibit A and hereby incorporated by reference.

36. On or about February 6, 2012, Plaintiff's copyrighted musical recording titled "RF#BNC17" was reproduced, distributed, and publicly performed in Defendants NBCUniversal's, Bunim-Murray's, and M Cable's program "Bad Girls Club" in the episode titled "Chicks Before Hicks" and aired on the Oxygen channel. Approximately 33 seconds of the copyrighted musical recording was intentionally edited into the program at or about 39:51 into the program's running time.

37. On or about February 20, 2012, Plaintiff's copyrighted musical recording titled "RF#BNC11" was reproduced, distributed, and publicly performed in Defendants NBCUniversal's, Bunim-Murray's, and M Cable's program "Bad Girls Club" in the episode titled "A New Elease in Life" and aired on Oxygen. Approximately 43 seconds of the copyrighted musical recording was intentionally edited into the program at or about 32:05 into the program's running time. In addition, on the same date and program, Plaintiff's copyrighted musical recording titled "RF#BNC16" was reproduced, distributed, and publicly performed. Approximately 11 seconds of the copyrighted musical recording was intentionally edited into the program at or about 40:03 into the program's running time.

38. On or about March 26, 2012, Plaintiff's copyrighted musical recording titled "RF#RB15" was reproduced, distributed, and publicly performed in Defendants NBCUniversal's, Bunim-Murray's, and M Cable's program "Bad Girls Club" in the episode titled "Double Trouble" and aired on Oxygen. Approximately 37 seconds of the copyrighted musical recording was intentionally edited into the program at or about 14:09 into the program's running time.

39. Through their conduct alleged herein, Defendants have infringed Plaintiff's copyright in the recordings in violations of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

40. Defendants' acts of infringement are willful, intentional and purposeful, in disregard of and with indifferent to Plaintiff's rights.

41. As a direct and proximate result of said infringement by Defendants, Plaintiff is entitled to its actual damages and Defendants' profits pursuant to 17 U.S.C. § 504(b).

42. Alternatively, Plaintiff is entitled to statutory damages, pursuant to 17 U.S.C. § 504(c) in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c) for each of Defendants' acts of infringement.

43. Plaintiff is further entitled to its attorney's fees and full costs pursuant 17 U.S.C. § 505.

44. Defendants' conduct is causing and, unless enjoined and restrained by this Court, will continue to cause, Plaintiff great and irreparable injury that cannot fully by compensated by monetary damages. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to injunctive relief prohibiting further infringement of Plaintiff's copyrights.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays for judgment against Defendants as follows:

a. On both counts for relief, an award of any and all damages to which Plaintiff is entitled under the United States Copyright Act, including, but not limited to, statutory and exemplary damages for Defendants' willful infringement, including enhanced penalties, attorney's fees and costs;

b. On both counts for relief, a grant of injunctive relief against Defendants, and that Defendants, their directors, principals, agents, representatives, servants, employees, successors and assigns, and all others in active concert or participation with Defendants, be preliminarily and permanently enjoined and restrained from copying, distributing, or making other use of Plaintiff's copyrighted works;

c. On both counts for relief, disgorgement of all ill-gotten profits earned by virtue of Defendants' unauthorized sale and distribution of works containing Plaintiff's copyrighted works;

d. On both counts for relief, an order for Defendants to pay Plaintiff's litigation expenses, including reasonable attorney's fees and costs of this action;

e.  On both counts for relief, an award of punitive damages sufficient to deter Defendants' unlawful conduct

f.  On both counts for relief, for interest at the maximum statutory rate;

g.  Such further and other relief as the Court and/or jury may deem proper and just.

DATED: February 12, 2013

KIRSCHNER & ASSOCIATES

By: _____
ETHAN D. KIRSCHNER
ATTORNEYS FOR PLAINTIFF
JOSE LUIS MORENO

## REQUEST FOR JURY TRIAL

Plaintiff hereby demands a jury trial pursuant to Rule 38 of the Federal Rules of Civil Procedure.

DATED: February 12, 2013

KIRSCHNER & ASSOCIATES

By: _____
ETHAN D. KIRSCHNER
ATTORNEYS FOR PLAINTIFF
JOSE LUIS MORENO

122574.1/3416149-1.2

10

# EXHIBIT A

**Additional Certificate (17 U.S.C. 706)**
# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**SRu 982-004**

Effective date of registration:
September 8, 2010

## Title
**Title of Work:** SupaSnaps5

## Completion/Publication
**Year of Completion:** 2010

## Author
- **Author:** Jose luis Moreno
  **Author Created:** sound recording
  **Citizen of:** United States          **Domiciled in:** United States
  **Anonymous:** Yes
- **Author:** David Joseph Lowe
  **Author Created:** sound recording
  **Citizen of:** United States          **Domiciled in:** United States
  **Year Born:** 1982
  **Anonymous:** Yes

## Copyright claimant
**Copyright Claimant:** Jose luis Moreno
PO Box 661577, Los Angeles, CA, 90066

## Rights and Permissions
**Name:** Jose Luis Moreno
**Email:** jlmbeats@gmail.com          **Telephone:** 310-880-7438
**Address:** po box 661577
Los Angeles, CA 90066 United States

## Certification

Page 1 of 2

**Additional Certificate (17 U.S.C. 706)**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**SRu 1-091-375**

Effective date of registration:
September 21, 2012

## Title
**Title of Work:** SSTVTracks32

## Completion/Publication
**Year of Completion:** 2010

## Author
- **Author:** Jose Luis Moreno
  **Author Created:** sound recording, production, music
  **Citizen of:** United States       **Domiciled in:** United States
- **Author:** David Joseph Lowe
  **Author Created:** sound recording, production, music
  **Citizen of:** United States       **Domiciled in:** United States
  **Year Born:** 1982

## Copyright claimant
**Copyright Claimant:** Jose Luis Moreno
11421 Washington Boulevard suite 202, Los Angeles, CA, 90066

## Rights and Permissions
**Name:** Jose Luis Moreno
**Email:** jimbeats@gmail.com       **Telephone:** 310-748-1486
**Address:** 11421 Washington Boulevard suite 202
Los Angeles, CA 90066

## Certification
**Name:** Jose Luis Moreno
**Date:** September 21, 2012

Page 1 of 2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Percy Anderson and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

### CV13- 1038 PA (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

COPY

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

JOSE LUIS MORENO )
)
*Plaintiff* )
v. ) Civil Action No. **CV13-01038 -PA**
NBCUNIVERSAL MEDIA, LLC, et al. (SEE ) (VBKx)
ATTACHED) )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ethan D. Kirschner
KIRSCHNER & ASSOCIATES
1100 Echo Park Avenue
Los Angeles, CA 90026

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB 1 2 2013

MARILYN

*Signature of Clerk or Deputy Clerk*

## SUMMONS IN A CIVIL ACTION -- ATTACHMENT

## DEFENDANTS LISTED IN FULL

NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company;

BUNIM-MURRAY PRODUCTIONS, LLC, a California limited liability company;

M CABLE TELEVISION, INC., a California corporation;

RYAN SEACREST PRODUCTIONS, LLC, a Delaware limited liability company;

and DOES 1-10, inclusive.



# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
JOSE LUIS MORENO

**DEFENDANTS**
NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company; BUNIM-MURRAY PRODUCTIONS, LLC, a California limited liability company; M CABLE TELEVISION, INC., a California corporation; RYAN SEACREST PRODUCTIONS, LLC, a Delaware limited liability company; and DOES 1-10, inclusive

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
KIRSCHNER & ASSOCIATES
1100 Echo Park Avenue
Los Angeles, CA 90026

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No
☑ **MONEY DEMANDED IN COMPLAINT: $** EXCEEDS $25,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
TITLE 17, United States Code Sec. 101 - Copyright Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: CV13-01038

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Jose Luis Moreno, Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Bunim-Murray Productions, LLC, Los Angeles; M Cable Television, Inc., Los Angeles; Ryan Seacrest Productions, LLC, Los Angeles | NBCUniversal Media, LLC, New York |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  Date February 12, 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |