| | |
|---|---|
| 1 | KELLI L. SAGER (State Bar No. 120162) |
|   |    kellisager@dwt.com |
| 2 | NICOLAS A. JAMPOL (State Bar No. 244867) |
|   |    nicolasjampol@dwt.com |
| 3 | JONATHAN L. SEGAL (State Bar No. 264238) |
|   |    jonathansegal@dwt.com |
| 4 | DAVIS WRIGHT TREMAINE LLP |
|   | 865 S. Figueroa St., Suite 2400 |
| 5 | Los Angeles, California 90017 |
|   | Telephone:  (213) 633-6800 |
| 6 | Facsimile:  (213) 633-6899 |
| 7 | Attorneys for Defendants |
|   | NBCUNIVERSAL MEDIA, LLC; BUNIM- |
| 8 | MURRAY PRODUCTIONS, LLC; M CABLE |
|   | TELEVISION, INC.; and RYAN SEACREST |
| 9 | PRODUCTIONS, LLC |
| 10 | ETHAN D. KIRSCHNER (State Bar No. 235556) |
|   |    ethan@kirschnerlawoffice.com |
| 11 | KIRSCHNER & ASSOCIATES |
|   | 1100 Echo Park Avenue |
| 12 | Los Angeles, California 90026 |
|   | Telephone:  (213) 935-0250 |
| 13 | Facsimile:  (213) 986-3106 |
| 14 | Attorneys for Plaintiff |
|   | JOSE LUIS MORENO |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE LUIS MORENO, | ) | Case No. CV 13-1038 BRO (VBKx) |
|        Plaintiff, | ) | |
| vs. | ) | **[PROPOSED] ORDER GRANTING STIPULATION AND PROTECTIVE ORDER** |
| NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company; BUNIM-MURRAY PRODUCTIONS, LLC, a California limited liability company; M CABLE TELEVISION, INC., a California corporation; RYAN SEACREST PRODUCTIONS, LLC, a Delaware limited liability company; and DOES 1-10, inclusive, | ) ) ) ) ) ) ) ) ) ) | |
|        Defendants. | ) | |

---

ORDER GRANTING PROTECTIVE ORDER
DWT 22104378v1 0097872-000001

1  Having considered the Stipulation and Protective Order, and with good cause
2  appearing, the Court hereby adopts the parties' Stipulation and Protective Order as
3  the order of the Court in this matter.

**IT IS SO ORDERED.**

Dated: June 24, 2013  _____/s/_____
                        Honorable Victor B. Kenton
                        United States Magistrate Judge

ORDER GRANTING PROTECTIVE ORDER
DWT 22104378v1 0097872-000001

1

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899